452 A.2d 31

Commonwealth v. Mell, Appellant.

Submitted May 10, 1982.

William F. Ochs, Jr., Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.